Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

Richmond Division

RECEIVED
FEB - 9 2018
CLERK U.S. DISTRICT COURT
RICHMOND, VA.

Amy Geist
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Reginald (Reggie) Newsome (and others)
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:18-cv-00094-JAG
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amy Elizabeth Geist |
| Street Address | 2618 Iverson Rd. |
| City and County | Midlothian, Chesterfield |
| State and Zip Code | Virginia 23112 |
| Telephone Number | 804-763-0909 |
| E-mail Address | geistamy319@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*I was sexually abused by my father. To compound matters, the psychiatric system and psych drug makers failed/damaged me.*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Pain & suffering for 30+ years  
⟨5 Billion Dollars⟩  
Bad reactions to drugs they were giving me. Therapy for life.  
Negligent Emotional Distress*

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/7/18

Signature of Plaintiff: *Amy E. Geist*

Printed Name of Plaintiff: Amy E. Geist

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. 2242
18 U.S.C. 2243 + Negligent Emotional Distress
18 U.S.C. 2244

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

**Name:** Reginald Wayne Newsome
**Job or Title (if known):** retired
**Street Address:** 4201 N. Bailey Bridge Rd
**City and County:** Midlothian, Chesterfield
**State and Zip Code:** Va. 23112
**Telephone Number:** (804)-437-4865
**E-mail Address (if known):** reggieatm@yahoo.com

Defendant No. 2

**Name:** American Psychiatric Assoc.
**Job or Title (if known):** 800 Main Ave SW
**Street Address:** Washington DC
**City and County:** Washington DC
**State and Zip Code:** Va. 23112
**Telephone Number:** (703) 907-7300
**E-mail Address (if known):**

Defendant No. 3

**Name:** HCA Virginia Health Systems
**Job or Title (if known):**
**Street Address:** 7101 Jahnke Rd.
**City and County:** Richmond, Rich City county
**State and Zip Code:** Va. 23235
**Telephone Number:** (804) 483-0000
**E-mail Address (if known):**

Defendant No. 4

**Name:** Astra Zeneca
**Job or Title (if known):**
**Street Address:** 701 Pennsylvania Ave
**City and County:** New Brunswick, Middlesex
**State and Zip Code:** New Jersey 08933
**Telephone Number:** 1-800-236-9933
**E-mail Address (if known):**

Pfizer 1-800-879-3477
1211 Sherwood Ave    Richmond, Richmond
Richmond, Virginia 23220

Johnson & Johnson 1-800-526-3967
One Johnson & Johnson Plaza    New Brunswick, Middlesex
New Brunswick, NJ 08933

Heart Havens (804) 237-6097
812 Moorefield Park Dr    Richmond, Chesterfield
#301
North Chesterfield Va 23236

Child Protective Services 1-800-552-7096
801 E. Main Street    Richmond, Henrico
Richmond, Va 23219

Phillip Marshall (804) 288-1881
2006 Bremo Rd    Richmond, Henrico
#101
Richmond Va 23226

Mario Gomez and Meredith Ragan (804) 353-0010
5918 Harbour Ln    Midlothian, Chesterfield
Midlothian Va 23112

Anastasia Jones  804 775-0500
707 East Main Street    Richmond, Richmond
Richmond, Va 23219

Powhatan High School (804) 598-5710  Richmond, Powhatan
1800 Judes Ferry Rd
Powhatan Va 23139

Powhatan Sheriff's Department (804) 598-5656  Richmond, Powhatan
3880 Old Buckingham Road
#A
Powhatan, Va 23139

Powhatan-Goochland Mental Health (804) 556-5400  Richmond, Powhatan
3910 Old Buckingham Road
#A
Powhatan, Va 23139

Powhatan Rescue Squad (804) 598-2911   Richmond, Powhatan
3920 Marion Harland Lane
Powhatan Va 23139

Richmond Behavioral Health Authority (804) 819-4000

107 S 5th Street    Richmond, Richmond
Richmond, Virginia

Department of Behavioral Health and Development Services  (804) 786-3921
1220 Bank Street    Richmond, Richmond
Richmond, Virginia 23219

Tucker Pavilion    (804) 483-0000
7101 Jahnke Road    Richmond, Richmond
Richmond, Va. 23235

Galveston County Police Department  (409) 765-3702
601 54th St    Galveston, Galveston
Galveston, Texas 77551

United States Army  (877) 858-0673
7833 Vervain Ct    Springfield,
Springfield, Va 22152

(American Disabilities Act)
National Council on Disability  (202) 272-2004
1221 F NW Washington DC 20004    Washington DC

## INTRODUCTION:

I would like to introduce myself to you. Who I am in reality and who I am on paper couldn't be more diabolically opposed. My psych history and my true personage are polar opposites. This has proven to be extremely detrimental to the course of my life..I have been labeled as having 6 different "illnesses" in the past thirty years. No one knows how to diagnose me because I am nothing more than a victim of a cold, manipulative father with a penchant for pedophilia.

At worst I have ADHD and PTSD. However, the psychiatric system keeps saying I have cluster A or B personality disorders...This is patently untrue. I have just had to cope with sexual perversion from a very young age. They keep plying me with their useless poisons and nothing has helped me .I bet I've been subject to 30 or 40 different medicines that are improper for my condition and no one will listen to me. Pharmaceuticals are big business. Once you are in the system there is no getting away from it. If you refuse medications they will COURT ORDER you to take them.

I have had the following four drugs cause me grievous damage by worsening my existing PTSD: Seraquel, Risperdal, Geodone, and Haldol. They are immeasurably dangerous to people with or without mental illnesses and I aim to prove mental health patients are nothing but Guinea pigs for the drug makers. Psychiatrists just throw pills at you and hope that you become manageable. What you get depends on the amount of the kickback to doctors and hospitals. Everyone's physiological make up is different, so one NEVER knows how any given drug can affect someone.

## COMPLAINT:

I have no memories before the age of eight. I've tried many times to recall events prior to eight, however, most of them I do not have. I understand as an adult that my mind shut off the memories for me, because they were too frightening to deal with, in the interest of protecting itself. My mother did the same thing. My father is a Narcissist who has a proclivity for child sexual abuse.

My brother and I both strongly suspect/ have limited memories of being molested by my dad. The two of us would be excellent witnesses but for my brother's criminal record. Since there is extensive evidence of his substance abuse and anger management problems his word is considered NOT CREDIBLE.

My father is a predator that set out to control or silence all of his children who he systematically sexually battered progressively for years. He is a cunning and cold man with great intelligence and no soul. His eyes are as vacant as his heart. He has no feeling but serving himself.

He threw my brother and I under the bus in different ways to MAKE SURE our words weren't credible. He fooled a whole psychiatric system and police entity into thinking that my brother and I were problems and NO ONE listened to our word. WE WERE the victims and he was the monster. We got a ruined life and he got freedom.

I am here to petition the court to hear my story of abuse at the hands of my father and twenty one other businesses/people who failed to hear me and are COMPLICIT in not properly caring for me and other people in psychiatric institutions. They are also CULPABLE in keeping a child molester NOT responsible for his actions while a young girl lives in the house with him.

Since I am patently not crazy and I erroneously got thrown into institution after institution by my sadistic father....my word carries little weight. I have been trying to tell this story for 30 years. I have been witnessing the abuse of mentally ill patients since I was 12 years old. It is a lot better than it was in the 80's, however, the United States Mental Health System is HORRIBLY BROKEN.

The reason it is not being fixed is because it is a racket for drug makers. I AM SICK AND TIRED of seeing people with disabilities being mistreated. They have it difficult enough without the stigma that comes attached to anyone who is experiencing a mental health challenge. I have been screaming about it for years only to fall on deaf ears, These psych drugs are creating zombies and having devastating and frightening effects on the people who are institutionalized. I don't know if it's being ignored or

there needs to be awareness, but it needs to STOP. If you won't willingly take their poison they will COURT ORDER YOU to take it! These people with disabilities are HELPLESS!

My reputation on paper caused me to lose custody of my son, as well. The Powhatan High School truant officer didn't listen to me that my son was choking me! They ripped him out of MY house and gave him to my MOM and he never got past 9th grade! They owe me things I can never get back like three years of my life that my relationship with my son was not what it should have been. They also owe him an education because they thought the problem was me and the real problem was never fixed.

There are soooo many people who I feel owe me fiscal compensation for their blatant disregard for me and others who face special challenges. I would like to see from now on, all public officials have to take a sensitivity class and psych classes before dealing with the public.. I would also like to see drug makers held more accountable for the side effects that their drugs give us.

After you hear the WHOLE story you will see what I mean. There is some heinous abuse going on in the mental health field and I want to tell the highest court I can about it. Someone REALLY needs to know.

Please hear my case. It is the Eastern Division and I feel I deserve to not be SILENCED anymore. Thank you for your valuable time.

## LIST OF DEFENDANTS:

**AMY GEIST VS.:**

Reggie Newsome
American Psychiatric Association
Hospital Corporation of America
Astra Zeneca
Pfizer
Johnson and Johnson
Heart Havens
Child Protective Services
Phillip Marshall
Mario Gomez
Anastasia Jones
Meredith Ragan
Powhatan County High School
Powhatan County Police Department
Powhatan County Rescue Squad
Powhatan-Goochland Mental Health
Richmond Behavioral Health Authority
Department of Behavioral Health and Development Services
Tucker Pavillion
Galveston Police Department
United States Army
Amecican Disabilities Act

*I am seeking 5 Billion dollars in damages so I CAN DO EVERYONE'S JOB and fix the broken system myself. THANK YOU.*

## DEFENDANT ADDRESSES:

Reggie Newsome
4201 N. Bailey Bridge Road
Midlothian, Va 23112

American Psychiatric Association
800 Main Ave SW
Washington, DC 20024

HCA Virginia Health Systems
7101 Jahnke Road
Richmond, Virginia 23235

Astra Zeneca
701 Pennsylvania Ave
NW #500
Washington, DC 20024

Pfizer
1211 Sherwood Ave
Richmond, Virginia 23220

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Heart Havens
812 Moorefield Park Dr
#301
North Chesterfield Va 23236

Child Protective Services
801 E.Main Street
Richmond, Va 23219

Phillip Marshall
2006 Bremo Rd
#101
Richmond Va 23226

Mario Gomez and Meredith Ragan
5918 Harbour Ln
Midlothian Va 23112
Anastasia Jones
707 East Main Street
Richmond, Va 23219

Powhatan High School
1800 Judes Ferry Rd
Powhatan Va 23139

Powhatan Sheriff's Department
3880 Old Buckingham Road
#A
Powhatan, Va 23139

Powhatan-Goochland Mental Health
3910 Old Buckingham Road
#A
Powhatan, Va 23139

Powhatan Rescue Squad
3920 Marion Harland Lane
Powhatan Va 23139

Richmond Behavioral Health Authority
107 S 5th Street
Richmond, Virginia 23219 AEG

Department of Behavioral Health and Development Services
1220 Bank Street
Richmond, Virginia 23219

Tucker Pavilion
7101 Jahnke Road
Richmond, Va. 23235

Galveston County Police Department
601 54th St
Galveston, Texas 77551

United States Army
7833 Vervain Ct
Springfield, Va 22152

American Disabilities Act
?????????? AEG
~~Congress????General Assembly??? House of Representatives?~~
National Council on Disability
1331 F NW
Washington, DC 20004

Amy Geist
1/5/2018